# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| **KENNETH HART** | : | MAGISTRATE NO. 23-MJ-306 |
| | : | |
| Defendant. | : | |
| | : | |
| | : | VIOLATION: |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (**Unlawful Possession of a Firearm** |
| | : | **and Ammunition by a Person Convicted** |
| | : | **of of a Crime Punishable by** |
| | : | **Imprisonment for a Term Exceeding** |
| | : | **One Year**) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

1. On or about November 1, 2023, within the District of Columbia, **KENNETH HART**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District Court of the United States in 19-CR-77 and in the Superior Court of the District of Columbia, Criminal Case No. 2017 CF3 14473, did unlawfully and knowingly receive and possess a firearm, that is, a Springfield Armory XDS-9 firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9 millimeter ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

   (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney


    */s/* Shehzad Akhtar
Shehzad Akhtar
Assistant United States Attorney
D.C. Bar Number 493635
601 D Street, N.W.
Washington, DC 20530
(202) 252-7498
Shehzad.Akhtar@usdoj.gov